IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:87-CV-1283-MHT |
| RANDOLPH COUNTY BOARD | ) |
| OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO SHOW CAUSE

Pursuant to this Court's Order of December 8, 2006, (No. 693) in *Dillard v. Crenshaw County,* The State of Alabama, by and through the undersigned liaison counsel, and the Dillard Plaintiffs, by and through one of their attorneys, jointly move this Court to direct the Randolph County Board of Education, the defendant in this action, to show cause why this case should not be dismissed. In support of this Joint Motion, the parties state:

1. In a Judgment and Injunction entered on April 4, 1988, that has applied to this day, this Court directed, among other things, that the Randolph County Board of Education consist of seven members elected from single-member districts that include the residents of the City of Roanoke.

2. In Act No. 2006-252, the Alabama Legislature provided a state-law basis for the remedial order entered in this case. The Legislature further provided that the size of the Randolph County Board of Education, its method of election, or both, can be changed by general or local law in the future. Act No. 2006-252 was precleared on July 19, 2006, and is therefore effective and enforceable.

3. In the past, federal court orders, some entered by consent and some entered without the consent of the defendants, changing the size of the local governing body, its method of election, or both, have been challenged on the ground that they may have exceeded the court's remedial powers, conflicted with state law or both. With respect to the Randolph County Board of Education, Act No. 2006-252 moots any such contention.

4. The dismissal of this case will leave the single-member district scheme in place.

5. Pursuant to this Court's Order, in conjunction with the filing of this Motion, a version of Exhibits A and B in Word or WordPerfect format will be e-mailed to the court.

WHEREFORE, the State and the Plaintiffs jointly request that this Court:

A. Enter an Order in the form of Exhibit A requiring the Randolph County Board of Education to show cause why this Court should not declare that Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the judgment and injunction in this action, why the injunction should not be dissolved, and why this action should not be dismissed; and

B. Unless, within 60 days from the issuance of said order, good cause otherwise is shown, enter a final judgment in the form of Exhibit B:

(1) declaring that Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the judgment and injunction in this action;

(2) dissolving the injunction in this action; and

2

  (3) dismissing this action.

Pursuant to paragraph II.C.3 of this Court's CM / ECF Administrative Procedures - Civil, I certify that counsel for the Dillard plaintiffs has agreed to this Motion and to the Exhibits to this Motion.

Respectfully submitted March 7, 2007.

           **TROY KING (KIN047)**
           **ATTORNEY GENERAL**
           **BY:**


           **s/ John J. Park, Jr.**
           John J. Park, Jr. Bar Number:  (PAR041)
           Special Deputy Attorney General
           Office of the Attorney General
           11 S. Union Street
           Montgomery, AL  36130-0152
           Telephone:  (334) 242-7300
           Fax:  (334) 353-8440
           E-mail:  jpark@ago.state.al.us

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 7th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

Randolph County Board of Education
P. O. Box 288
Wedowee, AL 36278-0288

> Donald B. Sweeney, Jr., Esq.
> dsweeney@bradleyarant.com; clawrence@bradleyarant.com
>
> James U. Blacksher, Esq.
> jblacksher@ns.sympatico.ca
>
> Edward Still, Esq.
> docket@votelaw.com; votelaw@bellsouth.net
>
>
> **s/ John J. Park, Jr.**
> John J. Park, Jr. Bar Number: (PAR041)
> Assistant Attorney General
> Office of the Attorney General
> 11 S. Union Street
> Montgomery, AL  36130-0152
> Telephone: (334) 242-7300
> Fax: (334) 353-8440
> E-mail: jpark@ago.state.al.us