IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al.,             ) | |
|     Plaintiffs,                         ) | |
| v.                                              ) | CIVIL ACTION NO. |
|                                               ) | 2:87cv1283-MHT |
| RANDOLPH COUNTY BOARD OF   ) | |
| EDUCATION,                              ) | |
|     Defendant.                         ) | |

### ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by May 7, 2007, as to why said motion should not be granted as requested.

DONE this 8th day of March, 2007.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE